UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

DWAYNE HICKS

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21cr293 (CS)

Defendant, Dwayne Hicks hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

__✓__ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

 DWAYNE HICKS
Print Defendant's Name

_____
Defendant's Counsel's Signature

DAVID I. GOLDSTEIN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/18/21
Date

_____
~~U.S. District Judge~~/U.S. Magistrate Judge