

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

June 11, 2021

Hon. Cathy Seibel
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Dwayne Hicks; 21 CR 293 (CS)

Dear Judge Seibel:

    I acknowledge that I have been assigned by the Court to represent Mr. Hicks as independent counsel at a Curcio Hearing which has been scheduled for June 25, 2021 at 11:00 a.m. I am requesting that the Court formally order my appointment as CJA counsel by memo endorsement.

    I am further requesting that the Court adjourn the Curcio Hearing. I will be on trial before Judge Roman in the matter of USA v. Anthony Molina; 19 CR 449 (NSR) with jury selection to begin 6-14-21. The trial is projected to run for 2-3 weeks. I will be available after July 5, 2021. Suggested dates are 7/6/21, 7/7/21 in AM, 7/13/21 and 7/15/21 in PM.

Thank you.

Yours truly,

/S/ Joseph A. Vita

Joseph A. Vita

*Mr. Vita is appointed as Curcio Counsel to Mr. Hicks effective 6/10/21.*

*The Curcio hearing is adjourned to July 7, 2021 at 9:00 a.m.*

So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 6/11/21